AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Marilyn Lucey

V.

Hartford Life and Accident
Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 10800 NG**

TO: (Name and address of Defendant)

Hartford Life and Accident Insurance Company
200 Hopmeadow Street
Simsbury, CT 06089

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Denise A. Chicoine
Englander & Chicoine P.C.
Two Newton Place
Suite 200
Newton, MA 02458

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



APR 22 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE May 11, 2004 |
| NAME OF SERVER (PRINT) Stacy Siegan | TITLE Administrative Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By first class mail to Hartford Life and accident Insurance Company c/o CT Corporation System at 101 Federal Street, Boston, MA 02110

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/04
              Date

Signature of Server: Stacy Siegan

One South Station
Boston, MA 02110
Address of Server

DIVISION OF INSURANCE
MAY 11 2004
RECEIVED
OFFICE OF THE
GENERAL COUNSEL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.