UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARILYN LUCEY, )
 )
        Plaintiff, )
 )
v. )  04-CV-10800-NG
 )
HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, )
 )
        Defendant. )

*FILED IN CLERKS OFFICE*
*2004 JUN -3 A II: 35*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

## APPEARANCE OF COUNSEL

NOW COMES Theodore F. Glockner and hereby enters his appearance on behalf of Defendant Hartford Life and Accident Insurance Company in the above entitled matter.

Respectfully Submitted,
Defendant Hartford Life & Accident
Insurance Company, By:

CREVIER & RYAN, LLP.

_____
Theodore F. Glockner
BBO #629469
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 2 day of June, 2004.

_____
Theodore F. Glockner