UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARILYN LUCEY,                          )
                                        )
            Plaintiff,                  )
v.                                      )
                                        )   04-CV-10800-NG
HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, )
                                        )
            Defendant.                  )

FILED
IN CLERKS OFFICE

2004 JUN -3  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Whereas, Plaintiff has filed the present suit against the Defendant alleging violations of ERISA, 29 U.S.C. § 1132, et. seq.;

Whereas, Counsel to Hartford Life and Accident Insurance Company ("Hartford") recently received the Complaint;

Whereas, Hartford is in the process of assimilating the documents necessary to respond to the Complaint;

Whereas, Hartford's answer or other responsive pleading is currently due to be filed on or before June 7, 2004;

Whereas, Harford hereby requests that the Court grant it a three week extension until June 30, 2004 to file an answer or other responsive pleading

Plaintiff has assented to Hartford's motion to extend time.

Respectfully Submitted, the Defendant
Hartford Life and Accident Insurance Company,
By its Counsel

*/s/ Theodore F. Glockner*
Theodore F. Glockner
BBO #629469
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235


Assented to by the Plaintiff
Marilyn Lucey,
By its Counsel

*/s/ Denise A. Chicoine*
Denise A. Chicoine
BBO # 564152
ENGLANDER & CHICOINE
2 Newton Place, Suite 200
Newton, MA 02458-1633
Tel: (617) 964-5400
Facsimile: (617) 964-1694


## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 2 day of June, 2004.

*/s/ Theodore F. Glockner*
Theodore F. Glockner