UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
MARILYN LUCEY,                                )
                                              )
         Plaintiff,                           )
v.                                            )    04-CV-10800-NG
                                              )
HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, )
                                              )
         Defendant.                           )
_____)

## DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S REQUESTS FOR LEAVE TO FILE REPLY BRIEF

Defendant Hartford Life and Accident Insurance Company's ("Hartford") hereby moves the Court pursuant to LR. 7.1 (B)(3) for leave to file a reply brief in support of its Motion to Strike Jury Demand of Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Jury Demand.  Hartford's Reply Brief, filed contemporaneously with this motion, clarifies the issues in dispute between the parties and as such, is beneficial to the Court in deciding Hartford's Motion to Strike Jury Demand.  For these reasons, Hartford respectfully requests that the Court allow this motion and permit it to file its reply brief.

Respectfully submitted, the Defendant
Hartford Life & Accident Insurance Company
By its Attorneys,

/s/David B. Crevier
David B. Crevier
BBO. No. 557242
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel:  (413) 787-2400
Facsimile:  (413) 781-8235

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 22 day of July, 2004.

/s/David B. Crevier
David B. Crevier

F:\Files\Hartford\Lucey\motion for reply.doc