UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN LUCEY,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | 04-CV-10800-NG |

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
## L.R. 7.3 CORPORATE DISCLOSURE STATEMENT

Defendant Hartford Life and Accident Insurance Company ("HLAIC"), pursuant to Rule 7.3 of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) that the parent corporation of HLAIC is Hartford Life, Inc.; and 2) that no publicly held corporation owns 10%, or more, of HLAIC's stock.

Respectfully Submitted, the Defendant
Hartford Life And Accident Insurance Company,
Inc., By:

_____
David B. Crevier, Esq.
BBO # 557242
Theodore F. Glockner, Esq.
BB0 # 629469
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: (413) 787-2400
Facsimile: (413) 781-8235

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/27/04
_____