# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

MARILYN LUCEY,

    Plaintiff,

    v.

HARTFORD LIFE AND
ACCIDENT INSURANCE
 CO.,

    Defendants.

CA. NO. 04-10800-NG

## *NOTICE*

September 28, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:15 a.m., Friday, October 15, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                        /s/
                                 **MARIANNE B. BOWLER**
                                 Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**