UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARILYN LUCEY,                                )
                                              )
          Plaintiff,                          )
v.                                            )        04-CV-10800-NG
                                              )
HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, )
                                              )
          Defendant.                          )

## APPEARANCE OF COUNSEL

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendant Hartford Life and Accident Insurance Company in the above entitled matter.

Respectfully Submitted,
Defendant Hartford Life & Accident
Insurance Company, By:

CREVIER & RYAN, LLP

_____
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: Kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 13th day of December 2004.

F:\Files\Hartford\Lucey\notice of appearance-Kate.doc