UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN LUCEY,<br><br>      Plaintiff,<br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>      Defendant. | 04-CV-10800-NG |

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY BRIEF MOTION TO DEFINE THE PROPER SCOPE OF THE RECORD FOR JUDICIAL REVIEW**

Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby requests leave of Court to submit its Sur-Reply to Plaintiff's Reply Brief regarding Plaintiff's Motion to Define the Proper Scope of the Record For Judicial Review ("Plaintiff's Reply Brief"). Leave should be granted because Plaintiff's Reply Brief is both procedurally and substantively defective, and failure to grant leave would unfairly prejudice Hartford.

                                      Respectfully submitted, the Defendant
                                      Hartford Life & Accident Insurance Company
                                      By its Attorney,

                                      David B. Crevier, BBO. No. 557242
                                      CREVIER & RYAN, LLP.
                                      1500 Main Street, Suite 2020
                                      Springfield, MA 01115-5532
                                      Email: dcrevier@crevierandryan.com
                                      Tel: (413) 787-2400
                                      Facsimile: (413) 781-8235

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 7th day of January, 2005.

_____
David B. Crevier