UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARILYN LUCEY,<br><br>        Plaintiff,<br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | 04-CV-10800-NG |

### NOTICE OF DISAPPEARANCE

**NOW COMES**, Theodore F. Glockner, Co Counsel to Defendant Hartford Life and Accident Insurance Company in the above entitled matter, and pursuant to Rule 83.5.2 of this Court hereby withdraws his appearance on behalf of the Defendant. Counsel further states that David B. Crevier, Esq., who has previously entered his appearance with the Court will remain counsel of record for the Defendant.

                                            Hartford Life and Accident Insurance Company

                                            By its Attorney,

                                            Theodore F. Glockner, BBO # 629469
                                            Crevier & Ryan LLP
                                            1500 Main Street, Suite 2020
                                            Springfield, MA 01115-5532
                                            (413) 787-2400
                                            Fax: (413) 781-8235

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this __18__ day of January, 2005.

*Theodore F. Glockner*
Theodore F. Glockner