UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN LUCEY,<br>        Plaintiff,<br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br>        Defendant. | 04-CV-10800-NG |

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING THE RECENT FIRST CIRCUIT OPINION, ESTABLISHING CONTROLLING PRECEDENT**

Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby requests leave of this Court to submit its Supplemental Brief regarding the recent First Circuit Opinion, Orndorf v. Paul Revere Life Insurance Company, No. 04-1520 (1st Cir. April 15, 2005). Orndorf establishes controlling precedent, which renders Plaintiff's Motion to Define the Proper Scope of the Record For Judicial Review moot.

Respectfully submitted,

Defendant Hartford Life & Accident Insurance Company

By its Attorneys,

_/s/ Katherine R. Parsons_
David B. Crevier, BBO. No. 557242
Katherine R. Parsons, BBO No. 657280
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: dcrevier@crevierandryan.com
       kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 20th day of April, 2005.

*[signature: Katherine A. B____]*