UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARILYN LUCEY, | ) | Civil Action 04-CV-10800-NG |
|         Plaintiff | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
|         Defendant | ) | |

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE A REPLY
TO DEFENDANT'S SUPPLEMENTAL BRIEF REGARDING
RECENT FIRST CIRCUIT OPINION**

Plaintiff Marilyn Lucey hereby requests leave of this Court to submit a reply to Defendant Hartford Life and Accident Insurance Company's Supplemental Brief Regarding The Recent First Circuit Opinion, Establishing Controlling Precedent. Plaintiff's succinct analysis demonstrates that *Orndorf v. Paul Revere Life Insurance Company* 2005 WL 858328 (1st Cir. April 15, 2005) does not render moot Plaintiff's Motion to Define the Proper Scope of the Record for Judicial Review.

Respectfully submitted,
Marilyn Lucey

By her attorneys,

Date: April 22, 2005

Edward S. Englander (BBO # 154540)
Denise A. Chicoine (BBO # 564152)
ENGLANDER & CHICOINE P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633
Tel. (617) 964-5400

## CERTIFICATE OF SERVICE

I, Denise A. Chicoine, hereby certify that I served the enclosed

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE A REPLY TO DEFENDANT'S SUPPLEMENTAL BRIEF REGARDING RECENT FIRST CIRCUIT OPINION**

on counsel of record by sending a true copy of same to:

David B. Crevier, Esq.
Katherine R. Parsons, Esq.
Crevier & Ryan LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727

via electronic delivery and first class mail postage pre-paid this twenty-second day of April, 2005.

Denise A. Chicoine, Esq.