UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARILYN LUCEY, | ) | Civil Action 04-CV-10800-NG |
|     Plaintiff | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
|     Defendant | ) | |

## JOINT MOTION TO FURTHER EXTEND FILING OF DISPOSITIVE MOTIONS

NOW COME Plaintiff Marilyn Lucey and Defendant Hartford Life and Accident Insurance Company to jointly request an extension of time in which to file dispositive motions. In support hereof, the parties state the following.

1. During the month of July 2005, the parties exchanged settlement proposals and are actively engaged in continuing negotiations.

2. The parties are optimistic that resolution may be reached in the next few weeks.

3. Accordingly, the parties request that the date for filing briefs in accordance with the case stated procedure be revised to September 9, 2005.

WHEREFORE the parties jointly request the Court to grant an extension of time in which to file dispositive motions until September 9, 2005.

| | |
|---|---|
| Respectfully submitted,<br>Marilyn Lucey | Hartford Life and Accident Insurance Co. |
| By her attorneys, | By its attorneys, |
| */s/ Denise A. Chicoine*<br>Denise A. Chicoine (BBO # 564152)<br>ENGLANDER & CHICOINE P.C.<br>Two Newton Place, Suite 200<br>Newton, MA 02458-1633<br>Email: dchicoine@ec-legal.com<br>Tel. (617) 964-5400 | */s/ David B. Crevier* DAC<br>David B. Crevier, Esq. (BBO # 557242)<br>CREVIER & RYAN LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Email: dcrevier@crevierand ryan.com<br>Tel. (413) 787-2400 |

Dated: July 26, 2005