UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARILYN LUCEY, | ) | Civil Action 04-CV-10800-NG |
|     Plaintiff | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
|     Defendant | ) | |

## NOTICE OF PENDING SETTLEMENT

NOW COME Plaintiff Marilyn Lucey and Defendant Hartford Life and Accident Insurance Company to notify that the Court that the parties are in the process of finalizing a settlement agreement and intend to file a Stipulation of Dismissal within sixty days.

Respectfully submitted,
Marilyn Lucey

By her attorneys,

*/s/ Denise A. Chicoine*
Denise A. Chicoine (BBO # 564152)
ENGLANDER & CHICOINE P.C.
Two Newton Place, Suite 200
Newton, MA 02458-1633
Email: dchicoine@ec-legal.com
Tel. (617) 964-5400

Hartford Life and Accident Insurance Co.

By its attorneys,

*/s/ Katherine R. Parsons* DAC
David B. Crevier, Esq. (BBO # 557242)
Katherine R. Parsons, Esq. (BBO # 657280)
CREVIER & RYAN LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Email: dcrevier@crevierandryan.com
Tel. (413) 787-2400

Dated: September 12, 2005