UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN LUCEY,<br><br>                Plaintiff,<br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)   04-CV-10800-NG<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

Respectfully Submitted,
Defendant Hartford Life and
Accident Insurance Company

By it s attorneys,

_/s/ Katherine Parsons_
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2200
Springfield, MA 01115-5532
(413) 787-2400
(413) 781-8235 (fax)
email: dcrevier@crevierandryan.com
       kparsons@crevierandryan.com

Respectfully Submitted,
Plaintiff Marilyn Lucey

By her attorney,

_/s/ Denise A. Chicoine_
Denise A. Chicoine, BBO# 564152
ENGLANDER & CHICOINE
2 Newton Place, Suite 200
Newton, MA 02458-1633
(617) 964-5400
(617) 964-1694 (fax)
email: dchicoine@ec-legal.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 3rd day of October, 2005.

_____